Same case below, 360 Fed. Appx. 585.

No. 09-10439. Korey Gray, Petitioner v. Karin T. Bergeron, Superintendent, Old Colony Correctional Center.

561 U.S. 1015, 130 S. Ct. 3478, 177 L. Ed. 2d 1072, 2010 U.S. LEXIS 5039.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 592 F.3d 296.

No. 09-10450. Donald Roberson, Petitioner v. United States.

561 U.S. 1015, 130 S. Ct. 3478, 177 L. Ed. 2d 1072, 2010 U.S. LEXIS 5103.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 361 Fed. Appx. 988.

No. 09-10466. Tony B. Alexander, Petitioner v. United States.

561 U.S. 1015, 130 S. Ct. 3478, 177 L. Ed. 2d 1072, 2010 U.S. LEXIS 5104, ▮

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 340 Fed. Appx. 937.

No. 09-10468. Crisino Bravo, Petitioner v. Illinois.

561 U.S. 1015, 130 S. Ct. 3479, 177 L. Ed. 2d 1072, 2010 U.S. LEXIS 5121.

June 21, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 391 Ill. App. 3d 1115, 367 Ill. Dec. 836, 982 N.E.2d 986.

No. 09-10492. Errol Eugene Washington, Petitioner v. United States.

561 U.S. 1015, 130 S. Ct. 3479, 177 L. Ed. 2d 1072, 2010 U.S. LEXIS 5074.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 584 F.3d 693.

No. 09-10535. Juan Olba, Petitioner v. David M. Unger, Superintendent, Wyoming Correctional Facility.

561 U.S. 1015, 130 S. Ct. 3479, 177 L. Ed. 2d 1072, 2010 U.S. LEXIS 4997.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 09-10555. Michael C. Williams, Petitioner v. United States.

561 U.S. 1015, 130 S. Ct. 3479, 177 L. Ed. 2d 1072, 2010 U.S. LEXIS 5046.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 357 Fed. Appx. 540.

No. 09-10576. Javiad Akhtar, Petitioner v. Mike Knowles, Warden.

561 U.S. 1015, 130 S. Ct. 3480, 177 L. Ed. 2d 1072, 2010 U.S. LEXIS 5111.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 373 Fed. Appx. 727.